# Exhibit 1

☐ FATAL   ☐ CMV   ☐ SCHOOL BUS   ☐ RAILROAD   ☐ MAB   ☐ SUPPLEMENT   ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18030167.1 /2020526284 |

## Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)

Texas Department of Transportation

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714.  Questions? Call 844/274-7457
Refer to Attached Code Sheet for Numbered Fields
*=These fields are required on all additional sheets submitted for this crash (ex.: additional vehicles, occupants, injured, etc.).

Page 1 of 4

### IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 12 / 19 / 2020     *Crash Time (24HRMM) 0 0 2 1     Case ID 3223731     Local Use

*County Name HIDALGO     *City Name     ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No     Latitude (decimal degrees) 2 6 * 3 1 6 7 8     Longitude — (decimal degrees) 0 9 * 0 3 7 2 1

**ROAD ON WHICH CRASH OCCURRED**

*1 Rdwy. Sys. FM     *Hwy. Num. 493     2 Rdwy. Part 1     Block Num.     3 Street Prefix     * Street Name     4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot     ☐ Toll Road/ Toll Lane     Speed Limit 55     Const. Zone ☐ Yes ☒ No     Workers Present ☐ Yes ☒ No     Street Desc.

**INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER**

At Int. ☐ Yes ☒ No     1 Rdwy. Sys. FM     Hwy. Num. 1925     2. Rdwy. Part 1     Block Num.     3 Street Prefix     Street Name Monte Cristo     4 Street Suffix RD

Distance from Int. or Ref. Marker 0.23     ☐ FT ☒ MI     3 Dir. from Int. or Ref. Marker S     Reference Marker     Street Desc.     RRX Num.

### VEHICLE, DRIVER, & PERSONS

Unit Num. 1     5 Unit Desc. 1     ☐ Parked Vehicle     ☐ Hit and Run     LP State TX     LP Num. R522971     VIN 1 X K Y D P 9 X 1 F J 4 9     ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 1 5     6. Veh. Color WHI     Veh. Make KENWORTH     Veh. Model T680     7 Body Style TT

8 DL/ID Type 2     DL/ID State TX     DL/ID Num. 37498292     9 DL Class A     10 CDL End. N     11 DL Rest. 96     DOB (MM/DD/YYYY) ████ 1 9 8 4

Address (Street, City, State, ZIP) 7513 Lilia ST Pharr, TX 78577

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Carrera, Juan Manuel | N | 36 | H | 1 | 1 | 1 | 97 | N | 2 | | | 2 | 99 | 99 |
| | | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee     Owner/Lessee Name & Address Dakota Financial LLC, 7612 Petirrojo ST Edinburg, TX 78542

Proof of Fin. Resp. ☒ Yes ☐ No     ☐ Expired ☐ Exempt     26 Fin. Resp. Type 2     Fin. Resp. Name Brooklyn Specialty Insurance     Fin. Resp. Num. ATP-4-062020

Fin. Resp. Phone Num. 305-603-7757     27 Vehicle Damage Rating 1 6 - B R 1     27 Vehicle Damage Rating 2     Vehicle Inventoried ☒ Yes ☐ No

Towed By AT Wrecker, 956-787-3300     Towed To 93 E. Business 83, Alamo, TX 78516

---

Unit Num. 2     5 Unit Desc. 6     ☐ Parked Vehicle     ☐ Hit and Run     LP State TX     LP Num. 128C348     VIN 1 U Y V S 2 5 3 6 7 U 9 5 0 1 0     ☐ Pol. Fire, EMS on Emergency (Explain in Narrative if checked)

Veh. Year 2 0 0 7     6. Veh. Color WHI     Veh. Make UTILITY TRAILER MFG     Veh. Model UNKNOWN     7 Body Style TL

8 DL/ID Type     DL/ID State     DL/ID Num.     9 DL Class     10 CDL End.     11 DL Rest.     DOB (MM/DD/YYYY) / /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle<br>Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee     Owner/Lessee Name & Address Josiah's Trucking LLC, 7612 Petirrojo ST Edinburg, TX 78542

Proof of Fin. Resp. ☒ Yes ☐ No     ☐ Expired ☐ Exempt     26 Fin. Resp. Type 2     Fin. Resp. Name Brooklyn Specialty Insurance     Fin. Resp. Num. ATP-4-062020

Fin. Resp. Phone Num. 305-603-7757     27 Vehicle Damage Rating 1 9 - L B Q 1     27 Vehicle Damage Rating 2 3 - R F Q 1     Vehicle Inventoried ☒ Yes ☐ No

Towed By AT Wrecker, 956-787-3300     Towed To 93 E. Bus 83, Alamo, TX 78516

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|---|---|---|
| | | |
| | | |

## CMV

Unit Num. 1   [x] 10,001+ LBS.   [ ] TRANSPORTING HAZARDOUS MATERIAL   [ ] 9+ CAPACITY   CMV Disabling Damage? [ ] Yes [x] No   28 Veh. Oper. 1   29 Carrier ID Type 1   Carrier ID Num. 03431516

Carrier's Corp. Name Josiah's Trucking LLC   Carrier's Primary Addr. 7612 Petirrojo ST Edinburg, TX 78542   30 Veh. Type 7

31 Bus Type 0   [x] RGVW [ ] GVWR 8|0|0|0|0   HazMat Released [ ] Yes [ ] No   32 HazMat Class Num.   HazMat ID Num.   32 HazMat Class Num.   HazMat ID Num.   33 Cargo Body Type 3

Unit Num. 2   [x] RGVW [ ] GVWR 1|6|0|0|0   34 Trlr. Type 2   CMV Disabling Damage? [x] Yes [ ] No   Unit Num.   [ ] RGVW [ ] GVWR   34 Trlr. Type   CMV Disabling Damage? [ ] Yes [ ] No

Sequence Of Events   35 Seq. 1 2   35 Seq. 2 13   35 Seq. 3   35 Seq. 4   Intermodal Shipping Container Permit [x] Yes [ ] No   Actual Gross Weight 8|0|0|0|0   Total Num. Axles 6

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| 1 | 60 | | | | 3 | 2 | 97 | 1 | 4 | 2 | 12 |

## NARRATIVE AND DIAGRAM

**Investigator's Narrative Opinion of What Happened**
(Attach Additional Sheets if Necessary)

Unit 1 is towing Unit 2. Unit 1 was traveling north on FM 493. The driver of Unit 1 was traveling north at an unsafe speed due to roadway conditions (light rain, wet road, dark). As Unit 1 was taking the curve, the driver of Unit 1 stated he felt the steering wheel jerk to the right out of his control. Unit 1 jackknifed with Unit 2; striking Unit 2's right front quarter with Unit 1's right passenger side. Unit 3 was traveling south on FM 493. Unit 3 struck Unit 2's left back quarter with its front left. The driver of Unit 1 voluntarily provided a blood specimen for alcohol and drug analysis. Results are pending.

Field Diagram - Not to Scale



FM 493

## INVESTIGATOR

Time Notified (24HR:MM) 0 0 2 1   How Notified DPS Communications   Time Arrived (24HRMM) 0 0 2 9   Report Date (MM/DD/YYYY) 1 2 / 1 9 / 2 0 2 0

Invest. Comp. [ ] Yes [x] No   Investigator Name (Printed) Castillo, Genaro   ID Num. 13856

ORI Num.   *Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS   Service/Region/DA H P 3 A 0 1

Case 21-07002  Document 2-2  Filed in TXSB on 02/09/21  Page 4 of 5

☐ FATAL  ☐ CMV  ☐ SCHOOL BUS  ☐ RAILROAD  ☐ MAB  ☐ SUPPLEMENT  ☐ ACTIVE SCHOOL ZONE

| Total Num. Units | 3 | Total Num. Prsns. | 3 | TxDOT Crash ID | 18030167.1 /2020526284 |

**Texas Peace Officer's Crash Report (Form CR-3 1/1/2018)**

Mail to: Texas Department of Transportation, Crash Data and Analysis, P.O. Box 149349, Austin, TX 78714. Questions? Call 844/274-7457

Refer to Attached Code Sheet for Numbered Fields

*=These fields are required on all additional sheets submitted for this crash (ex: additional vehicles, occupants, injured, etc.).

Page 3 of 4

## IDENTIFICATION & LOCATION

*Crash Date (MM/DD/YYYY) 12/19/2020  *Crash Time (24HRMM) 0021  Case ID 3223731  Local Use

*County Name HIDALGO  *City Name  ☒ Outside City Limit

In your opinion, did this crash result in at least $1,000 damage to any one person's property? ☒ Yes ☐ No  Latitude (decimal degrees) 2 6 * 3 1 6 7 8  Longitude — (decimal degrees) 0 9 8 * 0 3 7 2 1

### ROAD ON WHICH CRASH OCCURRED

*1 Rdwy. Sys. FM  *Hwy. Num. 493  2 Rdwy. Part 1  Block Num.  3 Street Prefix  *Street Name  4 Street Suffix

☐ Crash Occurred on a Private Drive or Road/Private Property/Parking Lot  ☐ Toll Road/ Toll Lane  Speed Limit 55  Const. Zone ☐ Yes ☒ No  Workers Present ☐ Yes ☒ No  Street Desc.

### INTERSECTING ROAD, OR IF CRASH NOT AT INTERSECTION, NEAREST INTERSECTING ROAD OR REFERENCE MARKER

At Int. ☐ Yes ☒ No  1 Rdwy. Sys. FM  Hwy. Num. 1925  2. Rdwy. Part 1  Block Num.  3 Street Prefix  Street Name Monte Cristo  4 Street Suffix RD

Distance from Int. or Ref. Marker 0.23  ☐ FT ☒ MI  3 Dir. from Int. or Ref. Marker S  Reference Marker  Street Desc.  RRX Num.

## VEHICLE, DRIVER, & PERSONS

Unit Num. 3  5 Unit Desc. 1  ☐ Parked Vehicle  ☐ Hit and Run  LP State TX  LP Num. MYJ4854  VIN 3N1AB7AP2FL643290

Veh. Year 2015  6. Veh. Color GRY  Veh. Make NISSAN  Veh. Model SENTRA  7 Body Style P4  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type 1  DL/ID State TX  DL/ID Num. 38458464  9 DL Class C  10 CDL End. 96  11 DL Rest. A  DOB (MM/DD/YYYY) ████ 1997

Address (Street, City, State, ZIP) 1822 E 29th ST Weslaco, TX 78596

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 1 | 1 | Ortiz, Anna Isabel | A | 23 | H | 2 | 1 | 1 | 5 | 97 | N | 2 | | 96 | 97 | 97 |
| 2 | 2 | 3 | Tellez Jr, Carlos Alberto | A | 22 | H | 1 | 1 | 96 | 5 | 97 | N | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☒ Owner ☐ Lessee  Owner/Lessee Name & Address Ortiz, Anna Isabel, 3707 E US Bus 83 Lot 215  Donna, TX 78537

Proof of Fin. Resp. ☒ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type 2  Fin. Resp. Name Loya Insurance Company  Fin. Resp. Num. 78525519362

Fin. Resp. Phone Num. 800-880-0472  27 Vehicle Damage Rating 1  1 2 - F L - 6  27 Vehicle Damage Rating 2  -  Vehicle Inventoried ☒ Yes ☐ No

Towed By Capital Towing, 956-900-1927  Towed To 10415 N. Expy 281, Edinburg, TX 78550

---

Unit Num.  5 Unit Desc.  ☐ Parked Vehicle  ☐ Hit and Run  LP State  LP Num.  VIN

Veh. Year  6. Veh. Color  Veh. Make  Veh. Model  7 Body Style  ☐ Pol, Fire, EMS on Emergency (Explain in Narrative if checked)

8 DL/ID Type  DL/ID State  DL/ID Num.  9 DL Class  10 CDL End.  11 DL Rest.  DOB (MM/DD/YYYY) /  /

Address (Street, City, State, ZIP)

| Person Num. | 12 Prsn. Type | 13 Seat Position | Name: Last, First, Middle — Enter Driver or Primary Person for this Unit on first line | 14 Injury Severity | Age | 15 Ethnicity | 16 Sex | 17 Eject. | 18 Restr. | 19 Airbag | 20 Helmet | 21 Sol. | 22 Alc. Spec. | Alc. Result | 23 Drug Spec. | 24 Drug Result | 25 Drug Category |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | Not Applicable - Alcohol and Drug Results are only reported for Driver/Primary Person for each Unit. | | | | |

☐ Owner ☐ Lessee  Owner/Lessee Name & Address

Proof of Fin. Resp. ☐ Yes ☐ No  ☐ Expired ☐ Exempt  26 Fin. Resp. Type  Fin. Resp. Name  Fin. Resp. Num.

Fin. Resp. Phone Num.  27 Vehicle Damage Rating 1  -  27 Vehicle Damage Rating 2  -  Vehicle Inventoried ☐ Yes ☐ No

Towed By  Towed To

Case ID 3223731

TxDOT Crash ID 18030167.1/2020526284

Case 21-07002  Document 2-2  Filed 12/09/21  Page 5 of 5

## DISPOSITION OF INJURED/KILLED

| Unit Num. | Prsn. Num. | Taken To | Taken By | Date of Death (MM/DD/YYYY) | Time of Death (24HR:MM) |
|-----------|-----------|----------|----------|---------------------------|-------------------------|
| 3 | 1 | Doctors Hospital at Renaissance | Hidalgo County EMS | | |
| 3 | 2 | Doctors Hospital at Renaissance | Air Evac EMS | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

## CHARGES

| Unit Num. | Prsn. Num. | Charge | Citation/Reference Num. |
|-----------|-----------|--------|-------------------------|
| | | | |
| | | | |
| | | | |
| | | | |

## DAMAGE

| Damaged Property Other Than Vehicles | Owner's Name | Owner's Address |
|--------------------------------------|--------------|-----------------|
| | | |
| | | |

## CMV

| Unit Num. | 10,001+ LBS. | TRANSPORTING HAZARDOUS MATERIAL | 9+ CAPACITY | CMV Disabling Damage? Yes/No | 28 Veh. Oper. | 29 Carrier ID Type | Carrier ID Num. |
|-----------|--------------|--------------------------------|-------------|------------------------------|---------------|---------------------|-----------------|

Carrier's Corp. Name

Carrier's Primary Addr.

30 Veh. Type

| 31 Bus Type | RGVW / GVWR | HazMat Released Yes/No | 32 HazMat Class Num. | HazMat ID Num. | 32 HazMat Class Num. | HazMat ID Num. | 33 Cargo Body Type |

| Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No | Unit Num. | RGVW / GVWR | 34 Trlr. Type | CMV Disabling Damage? Yes/No |

| Sequence Of Events | 35 Seq. 1 | 35 Seq. 2 | 35 Seq. 3 | 35 Seq. 4 | Intermodal Shipping Container Permit Yes/No | Actual Gross Weight | Total Num. Axles |

## FACTORS & CONDITIONS

| 36 Contributing Factors (Investigator's Opinion) | | | 37 Vehicle Defects (Investigator's Opinion) | | Environmental and Roadway Conditions | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Unit # | Contributing | May Have Contrib. | Contributing | May Have Contrib. | 38 Weather Cond. | 39 Light Cond. | 40 Entering Roads | 41 Roadway Type | 42 Roadway Alignment | 43 Surface Condition | 44 Traffic Control |
| | | | | | | | | | | | |

## NARRATIVE AND DIAGRAM

Investigator's Narrative Opinion of What Happened
(Attach Additional Sheets if Necessary)

Field Diagram - Not to Scale

## INVESTIGATOR

| Time Notified (24HR:MM) | 0 0 2 1 | How Notified DPS Communications | Time Arrived (24HRMM) | 0 0 2 9 | Report Date (MM/DD/YYYY) | 1 2 / 1 9 / 2 0 2 0 |

Invest. Comp. Yes / ☒ No

Investigator Name (Printed) Castillo, Genaro

ID Num. 13856

ORI Num.

*Agency DEPARTMENT OF PUBLIC SAFETY, STATE OF TEXAS

Service/Region/DA  H P 3 A 0 1