# Exhibit 2



**JOE ESCOBEDO***
joe@escobedocardenas.com

**LUIS M. CARDENAS***
luis@escobedocardenas.com

December 29, 2020

**VIA CMRRR**
**and FAX: (503) 772-4266**
Brooklyn Specialty Insurance
5630 University Parkway
Winston-Salem, NC UKS 27105

**VIA CMRRR**
**and FAX: (956) 685-3067**
Josiah's Trucking, LLC
7612 Petirrojo St.
Edinburg, Texas 78542

      Re:    December 18, 2020 crash in Edinburg, Texas

To Whom It May Concern:

      This firm represents the family of Carlos M. Tellez, deceased. Mr. Tellez was the driver that was killed as a result of a crash with Josiah's Trucking tractor-trailer in Edinburg, Texas on December 18, 2020. Any further communications with our clients, relating to this incident should be directed to this office.

      Our initial investigation has revealed that the tractor-trailer involved in this incident is owned and/or operated by Josiah's Trucking, LLC. In order to perform our investigation, we require the inspection of the tractor-trailer involved in the incident, while still in the same condition in which it was found at the time of the incident. For these reasons, we request that the tractor-trailer involved in the incident not be repaired, disassembled, or have any component parts replaced until it has been inspected by this firm. Any change or alteration to the tractor-trailer involved in this incident may be considered spoliation of evidence in any future legal proceedings.

      Further, the purpose of this letter is to demand the preservation of the following evidence relating to this incident, your driver and your company:

      1.    All driver logbooks for the driver of the subject truck for the two years preceding the date of the incident;

**PC Exhibit**

**6**

Josiah's Trucking LLC; 21-70009

*Board Certified Personal Injury Trial Law • Texas Board of Legal Specialization

1602 Dulcinea • Edinburg, Texas 78539 • t: 956-630-2222 • f: 956-630-2223 • www.escobedocardenas.com

December 29, 2020
Page 2

2. Any contracts, leases and agreements involving your truck and/or driver involved in this incident;

3. Bills of ladings, consignor=s shipping orders and shipping tickets regarding the load being transported at the time of the incident;

4. All fuel receipts, dispatch records, trip sheets and pay checks relating to the trip occurring at the time of the incident in question and preceding week;

5. All data relating to the electronic control module (ECM), black box, any onboard computer or other engine or system computer for the tractor-trailer involved in the incident for the day of the incident and the two years preceding the incident;

6. The actual electronic control module, black box, onboard computer, or other engine computer containing the data referred to in the preceding paragraph;

7. All computerized tracking information, including GPS and radar records for the driver and/or the tractor-trailer, including satellite tracking, driver messaging, dispatcher's sheets, registers, and other records pertaining to movement of the truck involved in the incident for the two (2) year period prior to the incident;

8. Driver qualification and personnel file of the driver of the subject tractor-trailer and all other personnel records, including all drug and alcohol testing records for the entire duration of his employment;

9. All driver vehicle inspection reports, repair documents, and certification of the driver=s review for the tractor-trailer for the three (3) months prior to the incident;

10. All documents and reports relating to your drug and alcohol program, including any reports relating to the truck driver of the subject tractor-trailer for the last two (2) year period;

11. All company policies and guidelines (either in written form or in an audio/video format) relating to training and safety of your drivers;

12. All reports regarding any reported incidents involving the truck driver of the subject truck and/or your company for the last three (3) year period;

13. All periodic inspection reports for the tractor-trailer involved in this incident for the two (2) years prior to this incident;

14. Any and all other documents or tangible items in your control regarding this incident, your driver or the tractor-trailer involved in the above-referenced incident;

15. Any records relating to your company document, data and/or information retention policy; and

December 29, 2020
Page 2

16. The truck drivers personal and company provided cell phone and cell phone records for the day of the incident.

In the event that any of the above evidence is destroyed, lost or altered, please be advised that we will pursue destruction or spoliation of evidence remedies in any future legal proceedings.

Very truly yours,

**ESCOBEDO & CARDENAS, L.L.P.**

Luis Cardenas by Perm G. Price

LMC:ap

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Brookly Specialty Ins
   5630 Unviserty Parkway
   Winston-Salem, NC UKS
   27105

   9590 9402 4913 9032 4014 28

2. Article Number (Transfer from service label)

   16 2070 0000 7372 1546

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X Krnti Otrnee
   ☐ Agent
   ☑ Addressee

B. Received by (Printed Name)      C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☑ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053      Domestic Return Receipt

---

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

7016 2070 0000 7372 1546

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)       $ _____
☐ Return Receipt (electronic)     $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required        $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To    Brookly Spec Ins
Street and Apt. No., or PO Box No.
City, State, ZIP+4®

Postmark Here
Carly Feller Spoliate

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Josiah's Trucking LLC
7612 Petirrojo St.
Edinburg, TX 78539

9590 9402 4913 9032 4014 04

2. Article Number (Transfer from service label)

7015 1520 0003 5129 0263

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _J Mejia_
☐ Agent
☐ Addressee

B. Received by (Printed Name)
J Mejia

C. Date of Delivery
12-71-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Insured Mail Restricted Delivery (over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☑ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053

Domestic Return Receipt

---

7015 1520 0003 5129 0263

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee $

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $
☐ Return Receipt (electronic) $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required $
☐ Adult Signature Restricted Delivery $

Postage $

Total Postage and Fees $

Sent To _Josiah_

Street and Apt. No., or PO Box No.

City, State, ZIP+4®
Carlos
Ellez
Spoiliata

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions

# Send Result Report
## MFP
### TASKalfa 5052ci

W2H6Y01735
12/29/2020 11:37
Firmware Version 2ND_2000.004.405 2020.02.06     [2ND_1000.005.202] [2ND_1100.001.007] [2ND_7000.004.404]

Job No.: 009845    Total Time: 0°01'48"    Page: 004

# Error occurred

Document:    doc20201229112419

---

**ESCOBEDO & CARDENAS, LLP**
1602 Dulcinea
Edinburg, Texas 78539
Telephone: (956) 630-2222 | Telecopier: (956) 630-2223

# fax

TO:                                            FROM: Luis Cardenas/Amparo Price

| COMPANY: | Josiah's Trucking LLC | PAGES: | 4 |
|---|---|---|---|
| FAX NO. | (956) 685-3067 | DATE: | December 29, 2020 |
| RE: | Carlos Tellez, Jr. | CC: | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

Comments: Please see attached notice letter. If you have any questions concerning this fax, please contact Amparo Price via email at amparo@escobedocardenas.com or 956 630 2222.

See attached letter.

*The information contained in this facsimile transmission may be confidential, attorney work product, and protected by the attorney-client privilege. If you are not the intended recipient, please deliver this transmission immediately to its intended recipient. If you have received this facsimile in error, please call the telephone number listed at the top of this page, collect, to arrange for return of the transmission to Escobedo & Cardenas LLP.*

---

| No. | Date/Time | Destination | Times | Type | Result | Resolution/ECM |
|---|---|---|---|---|---|---|
| 001 | 12/29/20 11:24 | 19566853067 | 0°01'48" | FAX | BUSY | 200x100 Normal/Off |

1

# ESCOBEDO & CARDENAS, LLP

1602 Dulcinea
Edinburg, Texas 78539
Telephone: (956) 630-2222 | Telecopier: (956) 630-2223

# fax

TO:                                                        FROM: Luis Cardenas/Amparo Price

| COMPANY: | Josiah's Trucking LLC | PAGES: 4 |
|---|---|---|
| FAX NO. | (956) 685-3067 | DATE: December 29, 2020 |
| RE: | Carlos Tellez, Jr. | CC: |

☐ Urgent      ☐ For Review      ☐ Please Comment      ☐ Please Reply      ☐ Please Recycle

Comments: Please see attached notice letter. If you have any questions concerning this fax, please contact Amparo Price via email at amparo@escobedocardenas.com or 956-630-2222.

See attached letter.

The information contained in this facsimile transmission may be confidential, attorney work product, and protected by the attorney-client privilege. If you are not the intended recipient, please deliver this transmission immediately to its intended recipient. If you have received this facsimile in error, please call the telephone number listed at the top of this page, collect, to arrange for return of the transmission to Escobedo & Cardenas, LLP.